# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA ALCIA GARCIA, | Case No.: 1:19-cv-01103- JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 11) |
| Defendant. | |

On January 7, 2020, the parties stipulated for Plaintiff to have an extension of thirty days to serve her confidential letter brief. (Doc. 11 at 1) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve the confidential letter brief no later than **February 12, 2020**.

IT IS SO ORDERED.

Dated: **January 9, 2020**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

1