1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9             **EASTERN DISTRICT OF CALIFORNIA**
10
11   NORMA ALICIA GARCIA,                    )  Case No.: 1:19-cv-1103 - JLT
                                             )
12                    Plaintiff,             )  ORDER GRANTING PLAINTIFF'S REQUEST
                                             )  FOR AN EXTENSION OF TIME
13           v.                              )
                                             )  (Doc. 16)
14   COMMISSIONER OF SOCIAL SECURITY,        )
                                             )
15                    Defendant.             )
                                             )
16   _____

17          Plaintiff seeks an extension of time to file her opening brief in the action, requesting the

18   deadline be extended from April 17, 2020 to May 17, 2020.  (Doc. 16)  Based upon the information

19   provided and good cause appearing, the Court **ORDERS**:

20          1.      The request for an extension of time (Doc. 15) is **GRANTED**; and

21          2.      Plaintiff **SHALL** file her opening brief no later than **May 17, 2020**.

22

23   IT IS SO ORDERED.

24      Dated:   __April 19, 2020__              _____/s/ Jennifer L. Thurston__
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28

                                             1