**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMA ALICIA GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-1103 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A FOURTH EXTENSION OF TIME<br><br>(Doc. 20) |

　　　　On June 15, 2020, the parties stipulated for Plaintiff to have an additional seven-day extension of time to file an opening brief.  Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties. (Doc. 5 at 3)  Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.*) This is now the *fourth* extension requested by Plaintiff in this action, and the third related to the filing of an opening brief, which was originally due April 17, 2020.  (*See* Docs. 11, 16, 17, 20)  Thus, the Court construes to be a motion to amend the Court's scheduling order.  (*See id.*)

　　　　Jonathan Pena, counsel for Plaintiff, asserts the further is necessary because he "is operating with very limited staff" because "COVID-19 has taken a toll on the regular course of business within Counsel's office." (Doc. 20 at 1)  In addition, Mr. Pena reports he had many administrative hearings and appointments with claimants each week, as well as ten opening briefs to prepare during the week of June 7, 2020.  (*Id.* at 2)  Mr. Pena notes the Commissioner does not oppose the requested extension and

stipulated to it on June 15, 2020.  (*Id.* at 2-3)  Further, it does not appear the Commissioner would suffer any prejudice as a result of the additional extension of time.  Accordingly, the Court **ORDERS**:

    1.    The request for a third extension of time (Doc. 20) is **GRANTED**;

    2.    Plaintiff **SHALL** file an opening brief no later than **June 24, 2020**; and

    3.    Plaintiff is informed that no further extensions of time will be granted for the filing of the opening brief without a showing of exceptionally good cause, which will not include Counsel's workload.

IT IS SO ORDERED.

Dated:   **June 16, 2020**                              **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE