# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA ALICIA GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:19-cv-1103 JLT <br><br> ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) <br><br> (Doc. 32) |

On May 7, 2021, Norma Alicia Garcia and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $8,500.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 32) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation,

1. Plaintiff is **AWARDED** fees and expenses in the amount of $8,500.00 under 28 U.S.C. § 2412(d); and
2. Plaintiff's motion for fees (Doc. 31) is terminated as MOOT.

IT IS SO ORDERED.

Dated: __May 7, 2021__         _____/s/ Jennifer L. Thurston__
                               CHIEF UNITED STATES MAGISTRATE JUDGE